# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *   25-MJ-00774-JMC |
| v. | * |
| | * |
| **JORDAN HENRY JESSUP,** | * |
| | * |
| | * |
| Defendant. | * |
| | * |

**\*\*\*\*\*\*\***

## GOVERNMENT'S MOTION TO SEAL

Now comes the United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and John D'Amico, Assistant United States Attorney for said District, moves this Honorable Court to order the Government's filing and corresponding attachment be **SEALED,** since the attachment is currently under seal in the Western District of Texas.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:  _____/s/_____
John D'Amico
Assistant United States Attorney
36 S. Charles Street, Suite 400
Baltimore, MD 21201